IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:04CR498 |
| | ) | |
| v. | ) | |
| | ) | |
| DAVID WINTROUB, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

This matter is before the Court on defendant's motion to continue trial (Filing No. 34).  The Court notes defendant anticipates entering a plea.  Accordingly,

IT IS ORDERED that defendant's motion is granted.  A Rule 11 hearing is scheduled for:

**Friday, September 23, 2005, at 9 a.m.**

in Courtroom No. 5, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska, or as soon thereafter as it may be reached.  The ends of justice will be served by continuing this case and outweigh the interests of the public and the defendant in a speedy trial.  The additional time between August 30, 2005, and September 23, 2005, shall be deemed excludable time

in any computation of time under the requirement of the Speedy
Trial Act.  18 U.S.C. § 3161(h)(8)(A) & (B).

DATED this 26th day of August, 2005.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court

-2-