IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:04CR498 |
| | ) | |
| v. | ) | |
| | ) | |
| DAVID WINTROUB, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

This matter is before the Court on the request for transcript by a non party (Filing No. 50). The Court notes no objections have been filed. Accordingly,

IT IS ORDERED that the request is granted; the non party may make arrangements with the court reporter for preparation of the transcript.

DATED this 15th day of July, 2008.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court