IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>　　　　Plaintiff,　　　　　　　)<br>　　　　　　　　　　　　　　　)<br>　vs.　　　　　　　　　　　　　)<br>　　　　　　　　　　　　　　　)<br>DAVID WINTROUB,　　　　　　 )<br>　　　　Defendant.　　　　　　)| 8:04CR498<br><br>ORDER |

Defendant David Wintroub appeared before the court on Thursday, May 14, 2009 on a Petition for Summons for Offender Under Supervision [53]. The defendant did not have counsel present. The United States was represented by Assistant U.S. Attorney Russell X. Mayer. Defendant was not entitled to a preliminary examination and the government did not request a detention hearing. Therefore, the defendant was released on current conditions of supervision.

I find that the Report alleges probable cause and that the defendant should be held to answer for a final dispositional hearing before Judge Lyle E. Strom.

**IT IS ORDERED**:

1.　A final dispositional hearing will be held before Judge Lyle E. Strom in Courtroom No.5, Third Floor, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska, on **June 19, 2009 at 11:30 a.m.** Defendant must be present in person.

2.　The defendant is released on current conditions of supervision.

DATED this 14th day of May, 2009.

BY THE COURT:

s/ F. A. Gossett
United States Magistrate Judge