IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,      )
                               )
            Plaintiff,         )        8:04CR498
                               )
       v.                      )
                               )
DAVID WINTROUB,                )        ORDER
                               )
            Defendant.         )
_____)
```

This matter is before the Court on plaintiff's motion to strike (Filing No. 60).  The Court finds the motion should be granted.  Accordingly,

IT IS ORDERED that the motion is granted; the clerk of court shall strike Filing No. 59.

DATED this 28th day of May, 2009.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court