IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,    )
                             )
              Plaintiff,     )          8:04CR498
                             )
       v.                    )
                             )
DAVID WINTROUB,              )          ORDER
                             )
              Defendant.     )
_____)
```

This matter is before the Court on defendant's motion for continuance (Filing No. 80). The Court notes plaintiff has no objections. Accordingly,

IT IS ORDERED that the hearing on petition for offender under supervision (Filing No. 53) is rescheduled for:

**Friday, September 18, 2009, at 10:30 a.m.**

Courtroom No. 5, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska. No further continuances will be granted.

DATED this 21st day of July, 2009.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court